AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

DESMOND FOUNTAIN

V.

BELROSE, INC.
d/b/a BELROSE GALLERIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3285**

**JUDGE KAPLAN**

TO: (Name and address of Defendant)

BELROSE, INC.
d/b/a BELROSE GALLERIES
1505 Boardwalk
Atlantic City, NJ 08401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton
Bainton McCarthy LLC
26 Broadway
New York, New York 10004

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  APR 0 1 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

SERVICE OF: **SUMMONS IN A CIVIL CASE, COMPLAINT,, ATTACHMENTS**
EFFECTED (1) BY ME: **CECELIA OBIE**
TITLE: **PROCESS SERVER**   DATE: **04/07/2008 01:49PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BELROSE, INC.

Place where served:

1505 BOARDWALK  ATLANTIC CITY NJ 08401

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CHARLES ISSACC

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04/07/2008

SIGNATURE OF CECELIA OBIE   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/07/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

ATTORNEY:   J. JOSEPH BAINTON, ESQ.
PLAINTIFF:   DESMOND FOUNTAIN
DEFENDANT:   BELROSE, INC. DBA BELROSE GALLERIES
VENUE:   DISTRICT OF NY
DOCKET:   08 CV 3285 LAK THK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.