*KARAN, J*

J. Joseph Bainton (JB-5934)
Deana D. Ahn (DA-9532)
BAINTON McCARTHY LLC
*Attorneys for Plaintiff Desmond Fountain*
26 Broadway, Suite 2400
New York, New York 10004
Tel. (212) 480-3500
Fax (212) 480-9557

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DESMOND FOUNTAIN,

                Plaintiff,

  - against -

BELROSE, INC.
d/b/a BELROSE GALLERIES,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

08 Civ. 3285 (LAK) (THK)

**ORDER TO SHOW CAUSE**

Upon the Declaration of Deana D. Ahn, executed on August 15, 2008, the accompanying Memorandum of Law, and all prior proceedings heretofore had herein, it is hereby:

ORDERED that Defendant Belrose, Inc. ("Belrose") SHOW CAUSE before this Court, at Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on Sept. 10, 2008, at 2:30 a.m./p.m. or as soon thereafter as counsel may be heard, why this Court should not find it in CONTEMPT of this Court's July 2, 2008 Default Judgment, Permanent Injunction and Order for Other Relief (the "Order") and award Plaintiff such relief as the Court finds just and proper; and it is further

ORDERED that a copy of this Order, together with copies of the papers upon which it is based, be served by Federal Express upon Belrose, d/b/a Belrose Galleries, 1505 Boardwalk, Atlantic City, New Jersey 08401, so as to be received by no later than 5:00 ~~a.m.~~/p.m. on August 19, 2008, and that such service shall be deemed good and sufficient; and it is further

ORDERED that opposing papers be delivered by any means to the offices of Plaintiff's attorneys no later than 5:00 ~~a.m.~~/p.m. on August 29, 2008.; Reply papers, if any, by September 5, 2008 at 5:00 pm.

Dated: New York, New York
August 15, 2008

At 5:05 a.m./p.m.

_____
Lewis A. Kaplan, U.S.D.J.
R. Sullivan

Part I

2