## CERTIFICATE OF SERVICE

I, Peter H. Choi, hereby certify that on August 15, 2008, a true and correct copy of the foregoing *Order to Show Cause* was served on defendant Belrose, Inc. d/b/a Belrose Galleries via Federal Express addressed as follows:

        Belrose, Inc.
        d/b/a Belrose Galleries
        1505 Boardwalk
        Atlantic City, New Jersey 08401

_____
Peter H. Choi